# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY PIMENTEL,** | : | CIVIL ACTION NO. 1:15-CV-2061 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL,** Acting Commissioner of Social Security,[1] | : | |
| Defendant | : | |

## ORDER

AND NOW, this 27th day of September, 2017, upon consideration of the report and recommendation (Doc. 21) of Magistrate Judge Karoline Mehalchick, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The report (Doc. 21) of Magistrate Judge Mehalchick is ADOPTED as set forth in the accompanying memorandum.

2. The decision of the Commissioner of Social Security ("Commissioner") denying Jeffrey Pimentel's ("Pimentel") application for a period of disability and disability insurance benefits is AFFIRMED.

3. The Clerk of Court shall ENTER judgment in favor of the Commissioner and against Pimentel as set forth in paragraph 2.

4. The Clerk of Court is directed to CLOSE this case.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania

---

[1] Carolyn W. Colvin ("Colvin") was Acting Commissioner of Social Security when the instant action was filed against her in her official capacity. On January 23, 2017, Nancy A. Berryhill succeeded Colvin as Acting Commissioner. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted as the defendant in this action. See FED. R. CIV. P. 25(d).